# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Charity Stephen-Whitaker <br> *Plaintiff* <br> v. <br> Gasper Township Board of Trustees et al <br> *Defendant* | ) ) ) ) ) )   Civil Action No.  3:20-cv-00461 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   ORDER: APPROVING THE PARTIES' REVISED SETTLEMENT AGREEMENT; AWARDING AN ATTORNEY'S FEES/COSTS AWARD OF $6,806; DISMISSING CASE WITH PREJUDICE; TERMINATING THIS CASE ON THE DOCKET.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Michael J. Newman  on a motion for

Date:  7/12/2022

CLERK OF COURT

*Sophia R. Bryant*
Signature of Clerk or Deputy Clerk